LUCIEN BARNES, as Trustee of an Express Trust, Appellant, *v.* ALL AMERICAN INVESTING COMPANY, INC., Defendant, and JAMES S. KEILY, Respondent.

*Appeal — order of Appellate Division reversing order of Special Term adjudging defendant guilty of contempt — appeal to Court of Appeals dismissed.*

Barnes v. *All American Investing Co., Inc.,* 206 App. Div. 631, appeal dismissed.

(Submitted March 31, 1924; decided April 15, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 23, 1923, which reversed an order of Special Term adjudging defendant guilty of contempt of court.

*Paul Jones* for appellant.

*William D. Cunningham* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.